**Opinion issued June 2, 2015**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-15-00298-CV

—————————————

## IN THE INTEREST OF C.M. AND C. F., A CHILD

On Appeal from the 306th District Court
Galveston County, Texas
Trial Court Case No. 13-CP-0068

## MEMORANDUM OPINION

Appellant, Texas Department of Family and Protective Services, has filed a motion to dismiss its appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.